IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERETT KEITH THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-90 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 6th day of February, 2020, upon consideration of Defendant Correctional Officer Cole's Motion to Dismiss for Lack of Prosecution, the Court having twice ordered Plaintiff Everett Keith Thomas to file an updated change of address and show cause why this case should not be dismissed for failure to prosecute, Thomas's failure to comply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Cole's Motion (Document 30) is GRANTED. It is further ORDERED this case is DISMISSED without prejudice for failure to prosecute.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.